# EXHIBIT E

```
 1
 2   UNITED STATES DISTRICT COURT EASTERN
     DISTRICT OF NEW YORK
 3   ------------------------------------------X
     LASHAWN BURGESS,
 4
                                   PLAINTIFF,
 5
            -against-           15 CV 5525
 6                              (RRM)(MDG)

 7
     CITY OF NEW YORK, VINCENT AGOSTINO,
 8   Individually, MICHAEL DICECCO,
     Individually, and RICKY ALEXANDER,
 9   Individually,

10                              DEFENDANTS.
     ------------------------------------------X
11
                   DATE:  June 21, 2016
12                 TIME:  1:25 P.M.

13

14

15          EXAMINATION BEFORE TRIAL of the

16   Defendant, SERGEANT MICHAEL DICECCO,

17   b/s/h/a, MICHAEL DICECCO, taken by the

18   Plaintiff, pursuant to a Court Order, held

19   at the offices of New York City Law

20   Department, 100 Church Street, New York,

21   New York 10007, before Quintina Haskins, a

22   Notary Public of the State of New York.

23

24

25
```

```
 1                SGT. M. DICECCO
 2    that or are you just speculating?
 3         A.    I'm sure it was cold.
 4         Q.    And you drove to the
 5    intersection of Church and Park?
 6         A.    Correct.
 7         Q.    Did you have any radio
 8    communication with anybody prior to
 9    arriving at Church and Park?
10         A.    No.
11         Q.    When you arrived at Park around
12    Church, who did you first observe?
13         A.    I observed two males standing
14    on the corner of Park and Church.
15         Q.    Were there any other civilians
16    in the area?
17         A.    No.
18         Q.    Did you speak to anybody else
19    besides the two arrestees at Church and
20    Park?
21         A.    No.
22         Q.    How far away from these two
23    individuals were you when you first
24    observed them?
25         A.    Between 20 and 50 feet.
```

```
 1                     SGT. M. DICECCO
 2         Q.    And you were inside the car at
 3   that time?
 4         A.    Correct.
 5         Q.    And were Officer Alexander and
 6   Agostino also in the car at that time?
 7         A.    Yes.
 8         Q.    And did you have anything to
 9   enhance your ability to, you know, view the
10   scene like binoculars or anything like
11   that?
12         A.    No.
13         Q.    When you first observed
14   Mr. Burgess was with another person?
15         A.    Yes.
16         Q.    And you later came to find out
17   that person was Leroy Miller?
18         A.    Correct.
19         Q.    What was the lighting like at
20   Church and Park?
21         A.    There was a streetlight on the
22   corner.
23         Q.    A single streetlight?
24         A.    It's actually -- there is an
25   overpass that has lighting underneath it.
```

```
 1                     SGT. M. DICECCO
 2         Q.    Were they under the overpass?
 3         A.    Yes.
 4         Q.    How long did you observe
 5   Mr. Miller and Mr. Burgess before this
 6   alleged exchange took place?
 7         A.    Very short time, a few seconds.
 8         Q.    Do you remember what
 9   Mr. Burgess was wearing?
10         A.    Not in particularly.
11         Q.    How about Mr. Miller?
12         A.    Not particularly.
13         Q.    Do you remember if either one
14   of them were wearing gloves?
15         A.    Yes.
16         Q.    Who was wearing gloves?
17         A.    Leroy Miller had gloves on.
18         Q.    How far was Mr. Burgess from
19   Mr. Miller when you first observed them?
20         A.    My first observation, they were
21   making contact.
22         Q.    When you say they were making
23   contact, were they facing each other?
24         A.    Yes.
25         Q.    Were their backs to you?
```

```
 1                SGT. M. DICECCO
 2        A.    No.
 3        Q.    So what was your perspective of
 4   Mr. Miller and Mr. Burgess?
 5        A.    My perspective was I saw the
 6   both of their sides.  I saw the left side
 7   of Mr. Burgess, and I saw the right side of
 8   Mr. Miller.
 9        Q.    And what hand did Mr. Burgess
10   use to you hand this object to Mr. Miller?
11        A.    Right.
12        Q.    His right hand.  And what hand
13   did Mr. Miller use to receive that object?
14        A.    Right.
15        Q.    You yourself observed this
16   transaction?
17        A.    Correct.
18        Q.    Now, where was Officer Agostino
19   seated in the vehicle?
20        A.    From my recollection, he was
21   sitting in the front passenger seat.
22        Q.    And Officer Alexander?
23        A.    Rear passenger seat, rear
24   passenger side.
25        Q.    And could you describe how Mr.
```

```
 1                SGT. M. DICECCO
 2   Miller was holding the U.S. currency when
 3   he handed it to Mr. Burgess?
 4        A.    In between his index and thumb.
 5        Q.    Were the bills flat out in
 6   front or were they folded?
 7        A.    Folded.
 8        Q.    And you could tell from 50 feet
 9   away that it was U.S. currency?
10        A.    Yes.
11        Q.    Could you see if it was a
12   single bill or multiple bills?
13        A.    No.
14        Q.    Did you have any contact with
15   Leroy Miller prior to February 28th, 2014?
16        A.    Yes.
17        Q.    What was that contact?
18        A.    I had stopped him prior to that
19   incident in front of his residence.
20        Q.    Do you know how long prior to
21   the incident it was?
22        A.    No, I do not recollect that.
23        Q.    For what reason did you stop
24   him?
25        A.    I actually believe we actually
```

```
 1                  SGT. M. DICECCO
 2     arrested Mr. Miller prior to that.
 3          Q.    Do you remember what you
 4     arrested him for?
 5          A.    Narcotics.
 6          Q.    Was he buying or selling?
 7          A.    Just possession.
 8          Q.    Did you ever have a discussion
 9     with Leroy Miller about providing you with
10     information regarding drug activity in the
11     area that you patrolled?
12          A.    Yes.
13          Q.    And did he agree to provide you
14     with information?
15          A.    No.
16          Q.    So he never provided you with
17     any information?
18          A.    No.
19          Q.    Did you make him that offer in
20     exchange for anything?
21          A.    No, it's a standard.  We
22     debrief all prisoners.
23          Q.    Did you have any contact with
24     Mr. Burgess prior to February 28th, 2014?
25          A.    No.
```

1                SGT. M. DICECCO

2     Q.    So you observed this hand-to-
3  hand between Mr. Miller and Mr. Burgess?
4     A.    Yes.
5     Q.    You were seated in the vehicle
6  when you made that observation?
7     A.    Yes.
8     Q.    After you made that
9  observation, what if anything did you do?
10    A.    We exited the vehicle and
11  approached the two males.
12    Q.    All three of you?
13    A.    All three of us.
14    Q.    And do you remember who got out
15  of the car first?
16    A.    We got out of the car
17  simultaneously.
18    Q.    And you approached the two of
19  them on foot?
20    A.    Correct.
21    Q.    How far was the vehicle from
22  Mr. Miller and Mr. Burgess when you exited
23  your vehicle?
24    A.    About 15 feet approximately.
25    Q.    So you had moved the vehicle

```
 1                SGT. M. DICECCO
 2   from your prior observation?
 3        A.   Correct.
 4        Q.   I'm sorry, from when you
 5   initially observed them?
 6        A.   Yes.
 7        Q.   Did you search Mr. Miller at
 8   the scene?
 9        A.   Yes.
10        Q.   Did you personally search Mr.
11   Miller at the scene?
12        A.   No.
13        Q.   Do you recall who searched him?
14        A.   P.O. Alexander.
15        Q.   How about Mr. Burgess, did you
16   search Mr. Burgess?
17        A.   No.
18        Q.   Do you remember who searched
19   Mr. Burgess?
20        A.   P.O. Agostino.
21        Q.   And what if anything was
22   recovered from Leroy Miller?
23        A.   From Leroy Miller was recovered
24   two glassines of alleged crack cocaine.
25        Q.   And from where on Mr. Miller's
```

```
 1                SGT. M. DICECCO
 2      Q.    And Police Officer Agostino was
 3   assigned to be the arresting officer?
 4      A.    Yes.
 5      Q.    And why is that?
 6      A.    He took the arrest.  Either
 7   officer could take the arrest if they both
 8   observed it.  That night, Officer Agostino
 9   took the arrest.
10      Q.    Was that just a matter of
11   course or was it his turn, he was up for
12   the next arrest or?
13      A.    I can't say exactly why he took
14   it.  He was the assigned officer.
15      Q.    Was that your responsibility to
16   assign either one of those officers as the
17   arresting officer?
18      A.    Yes.
19      Q.    Or you could have been the
20   arresting officer had you chosen to be?
21      A.    No.
22      Q.    It would have to be one of your
23   subordinates?
24      A.    Legally, I could have taken the
25   arrest.  It's just not the way we do it in
```

```
 1                SGT. M. DICECCO
 2   the police department.  The arresting
 3   officer is usually a police officer or
 4   detective.
 5        Q.    Were you involved in the arrest
 6   processing procedure?
 7        A.    No.
 8        Q.    Did you review any of the
 9   paperwork?
10        A.    Yes.
11        Q.    So you were involved, to that
12   extent?
13        A.    I don't fill out any of the
14   paperwork, I just signed -- I make sure
15   everything is accurate and I sign the
16   paperwork.
17        Q.    Did you discuss the charges
18   with Officer Agostino before the paperwork
19   was generated?
20        A.    I'm thinking about that.  I did
21   -- I did discuss it with him, yes.
22        Q.    And what determination did you
23   come to?
24        A.    After we made the arrest, we
25   discussed exactly what the charge is going
```

```
 1                  SGT. M. DICECCO
 2     to be that would accurately describe the
 3     crime that was committed.
 4          Q.   Did you charge him with more
 5     than one offense?
 6          A.   Yes.
 7          Q.   Do you recall what you charged
 8     him with?
 9          A.   Yes.
10          Q.   What did you charge him with?
11          A.   Which defendant -- which
12     person?
13          Q.   I'm sorry, Mr. Burgess.
14          A.   Mr. Burgess was charged with
15     criminal possession of a controlled
16     substance with an intent to sell, and
17     criminal possession of a controlled
18     substance.
19          Q.   Did you receive any overtime as
20     a result of this arrest?
21               MS. ARIBAKAN:  Objection.
22          A.   No.
23          Q.   How much overtime did you
24     receive in 2013 and 2014?
25               MS. ARIBAKAN:  Objection.
```

```
 1                  SGT. M. DICECCO
 2         A.    I don't have an exact number
 3    for that.
 4         Q.    At what precinct did the arrest
 5    processing take place?
 6         A.    The 121 Precinct.
 7         Q.    Now, Mr. Burgess was also
 8    searched at the scene?
 9         A.    Yes.
10         Q.    And do you remember what was
11    recovered from him?
12         A.    Yes.
13         Q.    What was recovered from
14    Mr. Burgess?
15         A.    U.S. currency, two ten-dollar
16    bills.
17         Q.    Just two ten-dollar bills?
18         A.    Yes.
19         Q.    No additional currency?
20         A.    No.
21         Q.    Anything else recovered from
22    Mr. Burgess that you can recall?
23         A.    No.
24         Q.    Did you transport Mr. Miller or
25    Mr. Burgess back to the 121 Precinct?
```

```
 1                    SGT. M. DICECCO
 2     Avenue or Church Street -- Church Avenue?
 3             MR. DONLON:  Do you have a copy
 4        of the arrest report?
 5        Q.   On Church Street you had your
 6     lights on when you were driving down Church
 7     Street?
 8        A.   Headlights, I had on.
 9        Q.   And do you remember how fast
10     you were going?
11        A.   I do not remember how fast.
12        Q.   Were you moving when you first
13     observed Mr. Burgess and Mr. Miller?
14        A.   Yes.
15        Q.   And then you stopped?
16        A.   I never stopped the vehicle
17     until I was about to exit vehicle.
18        Q.   So, the observation that you
19     made of them, this transaction, you were
20     moving when you made that observation?
21        A.   At a very slow speed.  I was
22     coming from the intersection, I observed
23     them, yes.
24        Q.   From what direction were you
25     coming?
```